IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLEE LYNN BALLARD and<br>BRIAN BALLARD | ) ) ) | |
| Plaintiffs | ) ) | Case No. 19-cv-11783-JCZ-MBN |
| v. | ) ) | COMPLAINT AND<br>JURY DEMAND |
| CITY DONUTS & CAFE LLC,<br>CITY DONUTS & CAFE #2 LLC,<br>CITY DONUTS & CAFE #3 LLC,<br>CITY DONUTS & CAFE #4 LLC,<br>RAID ATTALLAH, and KARIM TAHA | ) ) ) ) ) ) | COLLECTIVE ACTION |
| Defendant. | ) | |

**NOTICE OF DISMISSAL**
Fed. R. Civ. P. 41(a)(1)(A)

Plaintiffs Charlee Lynn Ballard, Brian Ballard, and Brittany Touchet, through undersigned counsel, hereby gives notice that this action is dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A). No defendant has filed an answer or a motion for summary judgment in this action. The dismissal shall be with prejudice as to Plaintiffs Charlee Lynn Ballard, Brian Ballard, and Brittany Touchet.

Respectfully Submitted,

_____*/s Charles J. Stiegler*_____
Charles J. Stiegler, #33456 (TA)
STIEGLER LAW FIRM LLC
318 Harrison Ave., Suite 104
New Orleans, La. 70124
(504) 267-0777 (telephone)
(504) 513-3084 (fax)
Charles@StieglerLawFirm.com